**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CONNIE S. BIGLER** **PLAINTIFF**

**v.** **NO. 4:25-cv-01147-JM-PSH**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Plaintiff Connie S. Bigler ("Bigler") began this case by filing a pro se complaint. See Docket Entry 2. In the complaint, Bigler challenged the final decision of the Commissioner of the Social Security Administration ("Commissioner"). In the decision that became the Commissioner's final decision, an Administrative Law Judge ("ALJ") found that Bigler is not disabled for purposes of the Social Security Act and is therefore not entitled to disability benefits.

The Commissioner filed the transcript, or record, of the administrative proceedings. See Docket Entry 5. The Commissioner's submission serves as his answer to Bigler's complaint.

Bigler has up to, and including, October 28, 2026, to file a brief in which she explains why the ALJ's decision is not supported by substantial evidence on the record as a whole. In the brief, Bigler must provide a brief history of the administrative proceedings, a brief statement of the relevant facts, and identify the specific points of error committed by the ALJ. Bigler may, but is not required to, include the citation of legal authority in support of her points of error, but she should include specific page references when citing the administrative transcript. Bigler shall serve a copy of her brief on the Commissioner and shall include a certificate of service with her brief.

The Commissioner is directed to file a brief within forty-two days of Bigler filing her brief. In the Commissioner's brief, he shall respond to the issues raised by Bigler.

Bigler is cautioned that her failure to file a timely brief may result in the dismissal of this case for failure to prosecute. Because she is currently proceeding pro se, she is reminded of her obligation to comply with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Eastern District of Arkansas. She is specifically directed to Local Rule 5.5(c)(2), which provides, in full, the following:

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 15th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE